Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. xxxxxx9039/ Our File No. 10-06-7159-NV

Attorney for Secured Creditor
Chase Home Finance, LLC

ECF FILED ON June 28, 2010

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

JOHN B GRIECO
JACQUELINE GRIECO

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 10-19349-MKN

## REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

| TO: | John B Grieco and Jacqueline Grieco | DEBTORS |
| TO: | DAVID KRIEGER, ESQ. | ATTORNEY FOR THE DEBTOR(S) |
| TO: | Rick A. Yarnall | CHAPTER 13 TRUSTEE |
| TO: | ALL INTERESTED PARTIES | |
| TO: | THE CLERK OF THE ABOVE ENTITLED COURT | |

**NOTICE IS HEREBY GIVEN that** Chase Home Finance, LLC, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

**Date: June 28, 2010**

                                                                        /s/ Michael W. Chen                                                  
                                                                        Michael W. Chen, Esquire
                                                                        Attorney for Secured Creditor
                                                                        Chase Home Finance, LLC

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on June 28, 2010, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
DAVID KRIEGER, ESQ.  
dkrieger@hainesandkrirger.com

TRUSTEE  
Rick A. Yarnall  
ray13mail@lasvegas13.com

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Tyler Sharpe_  
An employee of THE COOPER CASTLE LAW FIRM